IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02205-RPM

TEDDI DOMANN,

Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,

Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. Virginia Wentz
Secretary

Defendant's Motion to Compel, filed on June 20, 2005, and Defendant's Motion for Extension of Time, filed on June 22, 2005, have been set for hearing on **July 8, 2005, at 2:00 p.m.** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

Dated:  July 1, 2005