IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02205-RPM

TEDDI DOMANN,

        Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,

        Defendant.

---

## ORDER

---

The Court having reviewed the Unopposed Motion for Protective Order and the proposed Stipulated Protective Order, submitted on August 17, 2005, it is

ORDERED that the Stipulated Protective Order is unacceptable for failure to refer to D.C.Colo.LCivR 7.2 and 7.3.

Dated: August 17, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge