IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02205-RPM

TEDDI DOMANN,

        Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,

        Defendant.

---

## ORDER VACATING DEPOSITION SCHEDULES

---

        Pursuant to the unopposed Motion to Vacate and Continue Scheduled Depositions, filed August 30, 2005, it is

        ORDERED that the motion is granted and the scheduled depositions of Jim Grice, Jim Scherr, Rick Mack, Mary Watkins, Bill Korbus, Collen Badgley and LaRae Maruyama are continued until another date to be agreed upon between the parties.

        Dated: August 31, 2005

                            BY THE COURT:

                            s/ Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge