IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02205-RPM-BNB

TEDDI DOMANN,

    Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2005

GREGORY C. LANGHAM
CLERK

---

**ORDER REGARDING UNOPPOSED MOTION FOR LEAVE TO AMEND SCHEDULING ORDER TO EXTEND TIME IN WHICH TO CONDUCT DEPOSITIONS THROUGH DECEMBER 2, 2005**

---

Upon consideration of Plaintiff's Unopposed Motion for Leave to Amend Scheduling Order To Extend Time in Which to Conduct Depositions Through December 2, 2005, filed on August 30, 2005, it is

ORDERED that the motion to amend the Scheduling Order to extend the discovery deadline for the purpose of conducting depositions is granted. The parties have up to and including December 2, 2005 in which to conduct depositions.

Dated: August 31, 2005

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge