IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02205-RPM

TEDDI DOMANN,

        Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #53), filed on May 17, 2006, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: May 18, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge